UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN DEWAYNE BARNES,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT DETENTION SERVICES DIVISION, et al.,<br><br>Defendants. | Case No. 2:18-CV-00168-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff John Dewayne Barnes' Motion to Substitute the True Name of Doe Defendant(s) (ECF No. 25). No opposition having been timely filed, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff John Dewayne Barnes' Motion to Substitute the True Name of Doe Defendant(s), ECF No. 25, is GRANTED.

**IT IS FURTHER ORDERED** that ECF No. 25 shall be filed by the Clerk of the Court as the "Operative Complaint."

**IT IS FURTHER ORDERED** that the Answer to the Complaint (ECF No. 8) filed by previously served Defendants shall be deemed the Answer to the Operative Complaint as defined in this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court **will issue** a summons for Defendant Lana Robinson, **and deliver the same**, to the U.S. Marshal for service. The Clerk also **will send** a copy of the Operative Complaint (ECF No. 25) and a copy of this Order to the U.S. Marshal for service on Defendant Robinson.

**IT IS FURTHER ORDERED** that the Clerk **will send** to Plaintiff **one (1)** USM-285 form. Plaintiff will have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to the Defendant on the form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendant Robinson

1

was served. If Plaintiff wishes to have service again attempted on Defendant Robinson, then a motion must be filed with the Court specifying a more detailed name and/or address for Defendant Robinson, or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that, consistent with the Court's previous Order, Plaintiff **shall** serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff will include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

**IT IS FURTHER ORDERED** that pursuant to Plaintiff's obligation to serve by mail each Defendant and/or Defendants' Counsel, **Robert W. Freeman, with Lewis Brisbois Bisgaard & Smith, LLP, 6385 S. Rainbow Boulevard, Suite 600, Las Vegas, Nevada 89118**, a copy of all pleadings, motions or other documents submitted for consideration by the Court, as originally stated by the Court in ECF No. 3 granting Plaintiff's Application to Proceed *In Forma Pauperis* and ordering that Plaintiff's Complaint be filed, Plaintiff **shall** mail a copy of this Order and a copy of Plaintiff's Motion to Substitute the True Name of Doe Defendant to Robert W. Freeman, at the address stated above within **fifteen (15) days** of receiving a copy of this Order.

DATED: September 4, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2